Certificate Number: 03088-PAW-DE-033117342

Bankruptcy Case Number: 19-22731



03088-PAW-DE-033117342

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 16, 2019</u>, at <u>5:01</u> o'clock <u>PM CDT</u>, <u>Charlene Davis</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>July 16, 2019</u>

By:   <u>/s/Jason M Tepper</u>

Name:   <u>Jason M Tepper</u>

Title:   <u>Counselor</u>