MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
8/9/19 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: **Davis**

JAD/TPA/(CMB)/GLT

Case Number: **19-22731**

Date of Meeting: **8/5/19**     Recording # **15**

Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ✓ partial payments)

Attorney for debtor(s) **Martin** (Present ✓ or Not Present ___)

Date of Plan at § 341: **7/3/19**    Applicable commitment period ✓ 3 yrs ___ 5 yrs

Not required to file returns

Filing fee to be paid in installments - no funds on hand to pay fee. Con't to pre-bar date conciliation to make sure have funds on hand to pay filing fee in full before confirmation recommended.

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting    OR ✓ Conciliation Conf. OR ___ *Contested Hearing
On **10/3/19** at **10:30** am/pm Location ___

Con't to pre-bar date conciliation

Chapter 13 Trustee/Attorney for Trustee