Form 236

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

25  
bsil

In re:      Bankruptcy Case No.: 19−22731−CMB

Chapter: 13

**Charlene Davis**  
**aka Charlene McCray**  
   Debtor(s)

### NOTICE OF CORRECTION OF SOCIAL SECURITY NUMBER IN BANKRUPTCY FILING

**Date:** August 14, 2019

| | **Debtor** | | **Joint Debtor** |
|---|---|---|---|
| ☑ | Charlene Davis | xxx−xx−3838 | |

The Social Security Number for the above checked individual was incorrectly entered into the Court's automated database. The correct social security number is displayed beside the name.

Please correct your records.

Michael R. Rhodes  
Clerk, U.S. Bankruptcy Court  
5414 U.S. Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  
412−644−2700

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Charlene Davis
       Debtor

Case No. 19-22731-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil        Page 1 of 1        Date Rcvd: Aug 14, 2019
                              Form ID: 236     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
```
db            +Charlene Davis,    3808 Chartiers Ave.,    Pittsburgh, PA 15204-1109
15084085      +Allegheny County,    c/o Jordan Tax Service,    P.O. Box 200,    Bethel Park, PA 15102-0200
15084086      +Carnegie Library- City of Pittsburgh,    c/o Jordan Tax Service,    P.O. Box 200,
               Bethel Park, PA 15102-0200
15084088      +City of Pittsburgh School District,    c/o Jordan Tax Service,    P.O. Box 200,
               Bethel Park, PA 15102-0200
15084087      +City of Pittsburgh- Ward 38,    c/o Jordan Tax Service,    P.O. Box 200,
               Bethel Park, PA 15102-0200
15084089      +Jordan Tax Service,    c/o Joseph W. Gramc, Esq. Goering, Rutte,
               Frick Building, 437 Grant St., 14th Fl.,    Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: kburkley@bernsteinlaw.com Aug 15 2019 02:28:46      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15084090      +E-mail/Text: jennifer.chacon@spservicing.com Aug 15 2019 02:28:52
               Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Dept.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          CSMC 2018-RPL3 Trust
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
```
              Catherine T. Martin    on behalf of Debtor Charlene  Davis martinc@nlsa.us
              James Warmbrodt    on behalf of Creditor   CSMC 2018-RPL3 Trust bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```