# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

05/13/2024

IN RE:

| | |
|---|---|
| CHARLENE DAVIS<br>3808 CHARTIERS AVE.<br>PITTSBURGH, PA 15204<br>XXX-XX-3838          Debtor(s) | Case No.19-22731 CMB<br><br>Chapter 13 |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/13/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KERI P EBECK ESQ** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| BERNSTEIN BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:2   INT %: 12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:3 | ACCOUNT NO.:  F266 |
| POB 200 | | |
| | CLAIM:  1,044.01 | |
| BETHEL PARK, PA  15102 | COMMENT:  CL3GOV\*71-F-266\*1044.01@12%/PL-CL\*W/10\*12-14, 18-19 | |

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)\*** | Trustee Claim Number:3   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:4 | ACCOUNT NO.:  F266 |
| 102 RAHWAY RD | | |
| | CLAIM:  5,597.45 | |
| MCMURRAY, PA  15317 | COMMENT:  CL4GOV\*71-F-266\*5603.45@10%TTL/PL CITY+SD\*W/11\*2012-19 | |

| | | |
|---|---|---|
| **CITY OF PITTSBURGH (RE-LIBRARY)\*\*** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC - DLNQ CLCTR | Court Claim Number: | ACCOUNT NO.:  F266 |
| 102 RAHWAY RD | | |
| | CLAIM:  11.50 | |
| MCMURRAY, PA  15317 | COMMENT:  19/SCH-PL\*$@0%/PL | |

| | | |
|---|---|---|
| **PITTSBURGH SD (CITY OF PGH) (RE)\*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC INC - DLNQ CLLCTR | Court Claim Number: | ACCOUNT NO.:  F266 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  COMBINED/CL @ CID 3, 11 | |

| | | |
|---|---|---|
| **CSMC 2018-RPL3 TRUST** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG INC(\*) | Court Claim Number:6 | ACCOUNT NO.:  2848 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  CL6GOVS\*SPS/PL\*PMT/PL-CL\*338.06 X (60+2)=LMT\*BGN 8/19 | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  /PRAE CITY, SCHOOL & ALLEGH COUNTY | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.:  19-22731CMB |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM:  310.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  $/OE-MTN PFFI\*PAY/RJW WITH AVAIL FUNDS | |

| | | |
|---|---|---|
| **KML LAW GROUP PC\*\* (FRMRLY BRIAN C. NICH** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O DENISE CARLON ESQ | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  CSMC/PRAE | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:3 | ACCOUNT NO.:  F266 |
| POB 200 | | |
| | CLAIM:  519.97 | |
| BETHEL PARK, PA  15102 | COMMENT:  CL3GOV\*71-F-266\*404.96@0%/PL\*NON INT\*W/2\*12-14, 18-19 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)\*** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:4 | ACCOUNT NO.:  F266 |
| 102 RAHWAY RD | | |
| | CLAIM:  338.39 | |
| MCMURRAY, PA  15317 | COMMENT:  CL4GOV\*71-F-266\*258.68@CITY+SD TTL/PL\*NON INT\*W/3\*2012-19 | |

| | | |
|---|---|---|
| **PITTSBURGH SD (CITY OF PGH) (RE)\*** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC INC - DLNQ CLLCTR | Court Claim Number: | ACCOUNT NO.:  F266 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  COMBINED/CL @ CID 3, 11 | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:1 | ACCOUNT NO.:  3838 |
| PO BOX 1123 | | |
| | CLAIM:  438.00 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:2 | ACCOUNT NO.:  0001 |
| | CLAIM:  298.79 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:5 | ACCOUNT NO.:  9840 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  392.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **CSMC 2018-RPL3 TRUST** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC(\*) | Court Claim Number:6 | ACCOUNT NO.:  2848 |
| PO BOX 65450 | | |
| | CLAIM:  338.06 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  CL6GOV\*$0 ARR/PL@SPS\*THRU 7/19 | |