**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLENE DAVIS<br><br>            Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>            Movant<br>         vs.<br>No Respondents. | Case No.:19-22731<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/09/2019 and confirmed on 10/8/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,487.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,487.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1,594.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,594.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CSMC 2018-RPL3 TRUST | 0.00 | 20,283.60 | 0.00 | 20,283.60 |
|     Acct: 2848 | | | | |
|   CSMC 2018-RPL3 TRUST | 338.06 | 338.06 | 0.00 | 338.06 |
|     Acct: 2848 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,044.01 | 1,044.01 | 436.60 | 1,480.61 |
|     Acct: F266 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 5,597.45 | 5,597.45 | 1,907.86 | 7,505.31 |
|     Acct: F266 | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY)** | 11.50 | 11.50 | 0.00 | 11.50 |
|     Acct: F266 | | | | |
|   PITTSBURGH SD (CITY OF PGH) (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F266 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 519.97 | 519.97 | 0.00 | 519.97 |
|     Acct: F266 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 338.39 | 338.39 | 0.00 | 338.39 |
|     Acct: F266 | | | | |
|   PITTSBURGH SD (CITY OF PGH) (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F266 | | | | |
| | | | | 30,477.44 |
| **Priority** | | | | |
|   CATHERINE T MARTIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLENE DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NEIGHBORHOOD LEGAL SVCS ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX1CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   UPMC PHYSICIAN SERVICES | 438.00 | 40.93 | 0.00 | 40.93 |
|     Acct: 3838 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 298.79 | 27.92 | 0.00 | 27.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 0001 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 392.00 | 36.63 | 0.00 | 36.63 |
|     Acct: 9840 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 105.48 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 30,892.92 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 310.00 |
| SECURED | 7,849.38 |
| UNSECURED | 1,128.79 |

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHARLENE DAVIS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22731

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22731-CMB

Charlene Davis     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Aug 28, 2024     Form ID: pdf900     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene Davis, 3808 Chartiers Ave., Pittsburgh, PA 15204-1109 |
| 15084085 | + | Allegheny County, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15084086 | + | Carnegie Library- City of Pittsburgh, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15084088 | + | City of Pittsburgh School District, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15084087 | + | City of Pittsburgh- Ward 38, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15084089 | + | Jordan Tax Service, c/o Joseph W. Gramc, Esq. Goering, Rutte, Frick Building, 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 28 2024 23:59:00 | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 28 2024 23:59:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15124283 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2024 00:01:00 | CSMC 2018-RPL3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15120146 | + | Email/Text: ebnjts@grblaw.com | Aug 28 2024 23:59:00 | City and School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15120145 | + | Email/Text: ebnjts@grblaw.com | Aug 28 2024 23:59:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15122831 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 29 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15084090 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2024 00:01:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Dept., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15117737 | | Email/Text: BNCnotices@dcmservices.com | Aug 28 2024 23:59:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15118430 | | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2024 00:14:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 9

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 15 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2018-RPL3 Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Catherine T. Martin | on behalf of Debtor Charlene Davis martinc@nlsa.us |
| Denise Carlon | on behalf of Creditor CSMC 2018-RPL3 Trust dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7