**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CHARLENE DAVIS | Case No.:19-22731 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/09/2019  and confirmed on 10/08/2019 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,487.00 |
| Less Refunds to Debtor | 327.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,159.05 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 1,594.08 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,594.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CSMC 2018-RPL3 TRUST | 0.00 | 20,283.60 | 0.00 | 20,283.60 |
|     Acct: 2848 | | | | |
|   CSMC 2018-RPL3 TRUST | 338.06 | 338.06 | 0.00 | 338.06 |
|     Acct: 2848 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,044.01 | 1,044.01 | 436.60 | 1,480.61 |
|     Acct: F266 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 5,295.50 | 5,295.50 | 1,905.34 | 7,200.84 |
|     Acct: F266 | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F266 | | | | |
|   PITTSBURGH SD (CITY OF PGH) (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F266 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 519.97 | 519.97 | 0.00 | 519.97 |
|     Acct: F266 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 326.41 | 326.41 | 0.00 | 326.41 |
|     Acct: F266 | | | | |
|   PITTSBURGH SD (CITY OF PGH) (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F266 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 30,149.49 |
| Priority | | | | | |
| | CATHERINE T MARTIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHARLENE DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHARLENE DAVIS | 327.95 | 327.95 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NEIGHBORHOOD LEGAL SVCS ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXX1CMB | | | | |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | UPMC PHYSICIAN SERVICES | 438.00 | 40.93 | 0.00 | 40.93 |
| | Acct: 3838 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 298.79 | 27.92 | 0.00 | 27.92 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 392.00 | 36.63 | 0.00 | 36.63 |
| | Acct: 9840 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 105.48 |

TOTAL PAID TO CREDITORS                                                                30,564.97

TOTAL CLAIMED
PRIORITY            310.00
SECURED           7,523.95
UNSECURED         1.128.79

Date: 11/13/2024                                   /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com